UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DONALD RICHARD CHURCHILL, | ) | |
| | ) | CIVIL ACTION NO. |
| Petitioner, | ) | |
| | ) | 3:05-CV-0114-G |
| VS. | ) | |
| | ) | CRIMINAL ACTION NO. |
| UNITED STATES OF AMERICA, | ) | 3:01-CR-373-G |
| | ) | **ECF** |
| Respondent. | ) | |

### ORDER

The court has made a *de novo* review of the findings, conclusions, and recommendation of the United States Magistrate Judge. The findings, conclusions, and recommendation of the United States Magistrate Judge are correct and are hereby **ADOPTED**.

**SO ORDERED**.

July 6, 2006.

_____
A. JOE FISH
CHIEF JUDGE